

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00303-CV

———————————————

IN RE J.E., Relator

Original Proceeding
324th District Court of Tarrant County, Texas
Trial Court No. 324-478540-10

Before Wallach, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real parties in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  October 6, 2021